HAFFEN REALTY COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Page, Merrell, Finch and McAvoy, JJ.

MAX LISSBERGER and Others, Copartners, etc., Respondents, v. CAROLINE HAYMAN and Others, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

THE RITZ CARLTON RESTAURANT AND HOTEL COMPANY, Appellant, v. INDEPENDENT GROCERS CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

KEVORKIAN, INC., Respondent, v. KURT HEYMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

KEYSTONE TYPE FOUNDRY, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment and order reversed and new trial ordered, with costs to appellant to abide the event, upon the ground that the verdict of the jury was inadequate. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

NATHANIEL TONKIN, Respondent, v. CARLTON-SUMMERFIELD ESTATES, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

LOUIS WEISSMAN, Respondent, v. CHARLES T. HOWE, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

MAURICE GOLDBERGER, on Behalf of Himself and All Other Stockholders of the FIDELIO BREWING CO., INC., Similarly Situated, Appellant, v. FIDELIO BREWING CO., INC., and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

MAURICE GOLDBERGER, Appellant, v. NORMAN S. GOLDBERGER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

MURRAY L. SCHACHTER, Respondent, v. HARRY HESS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

ETHEL VOUTSINAS, Respondent, v. MORRIS GEORGE VOUTSINAS, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

ELSIE HAMMOND, Appellant, v. THE TRAVELERS INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

SUSALINA K. TRAFTON, Appellant, v. WILLIAM H. TRAFTON, Respondent.— Judgment affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Page and Merrell, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of MABEL JOHNSON, Respondent, v. DUDRIDGE WALLACE, Appellant.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.